UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHEN DISTRICT OF TEXAS
FORT WORTH DIVISION

RECEIPT FOR EXHIBIT(S)

DATE: 5-1-14

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY - 1 2014

CLERK, U.S. DISTRICT COURT
By _____
Deputy

RE: Exhibit(s) in 4: 14-CR-0780-(22)
USA v. Alejandro Reynaga

TO ATTORNEY: Steven Bush

Enclosed are exhibit(s) that were introduced in the above styled and numbered case at a hearing held today before Magistrate Judge Jeffrey Cureton.

Although this case is pending as to this defendant, it is the Court's policy that custody of all exhibit(s) be held by the attorney that submitted the exhibit(s) to the Court.

Please acknowledge receipt of the exhibit(s) by signing the acknowledgment below and returning to the District Clerk's Office.

Sincerely,
Karen Mitchell, Clerk

BY _____
Deputy Clerk

Enclosure
Defense Exhibit #1

ACKNOWLEDGMENT

_____          5-1-14
Signature                Date received